PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Robert Kirby  Cr.: 98-00028-001

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden, United States District Judge

Date of Original Sentence: 08/10/98

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. 841(a)(1), a Class B felony

Original Sentence: 110 months incarceration to be followed by 60 months of supervised release, and to pay a $100 special assessment.

Special Conditions of Supervision: 1) Drug Treatment; 2) Alcohol Treatment; 3) Resolve Child Support Debt

Type of Supervision: Supervised Release  Date Supervision Commenced: 06/10/05

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number  Nature of Noncompliance

1  The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

   On June 15, 2007, the offender was arrested by the Carney's Point, New Jersey, Police Department and charged with hindering the apprehension of another; more specifically, by providing a false name to a uniformed law enforcement officer for Shannon Myrick who was wanted on numerous outstanding warrants.

2  The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'

   On June 15, 2007, the offender was knowingly associating with a known felon, namely Shannon Myrick FBI # 629328JA3, who had outstanding warrants and who was actively engaging in criminal activity; more specifically, by providing a uniformed law enforcement officer with a false name to avoid apprehension and by possessing less than 50 grams of marijuana.

PROB 12A - Page 2
Robert Kirby

U.S. Probation Officer Action:

While the offender's Salem County case is pending, his accountability in the community will be increased through more frequent home, employment, and community contacts by this officer. Also, this officer will maintain regular contact with the Carney's Point Police Department and the Salem County Prosecutor's Office in an effort to monitor his pending case.

Respectfully submitted,

By: Joshua R. MacAvoy
U.S. Probation Officer
Date: 06/22/07

**The Court directs that the following action be taken:**

[X] No action be take at this time pending the outcome of the offender's pending Salem County case.
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

7/2/07
Date